UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

GABRIELLE MARTUCCI,

Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, AND THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Defendants.

-------------------------------------------------------------------- X

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

1:23-cv-05554 (BMC)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is withdrawn, discontinued, and dismissed with prejudice, and an order to that effect may be entered without further notice.

Dated: New York, New York
January 5, 2024

**STEWART LEE KARLIN LAW GROUP P.C.**
*Attorneys for Plaintiff*
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670
slk@stewartkarlin.com

By: ______________________
Stewart Lee Karlin
Attorney for Plaintiff

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, 2nd Floor
New York, New York 10007
(212) 356-2203
bolert@law.nyc.gov

By: ______________________
Bryan Carr Olert
Assistant Corporation Counsel

Agreed to:

By: ______________________
Gabrielle Martucci
Plaintiff